# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

BRANDON POWELL, SR.

VERSUS

THE UNITED STATES OF AMERICA
ON BEHALF OF THE
SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION

24-569-SDD-RLB

## RULING

The Court has carefully considered the Motion,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 17, 2024, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the United States of America on behalf of the Social Security Administration's Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction (R. Doc. 8) is GRANTED, and this proceeding is DISMISSED WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana the  4th   day of November, 2024.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 8.
[2] Rec. Doc. 11.